### COOKS', WAITERS' & WAITRESSES' UNION, NO. 399, et al. v. THEOHARIS et al. (No. 1218.)

(Court of Civil Appeals of Texas. El Paso. March 3, 1921.)

**1. Appeal and error ⚙⟶931(3)—In absence of findings, presumed that controverted issues were resolved in favor of appellees.**

Where no findings were filed by the trial court, it will be presumed that all controverted fact issues were resolved in favor of the appellees.

**2. Appeal and error ⚙⟶1024(2)—On conflicting evidence, order refusing to dissolve injunction upheld.**

An order overruling motion to dissolve an injunction based on conflicting evidence will not be disturbed on appeal.

Appeal from District Court, Eastland County; Geo. L. Davenport, Judge.

Action between L. Theoharis and others and the Cooks', Waiters' & Waitresses' Union, No. 399, and others. From an order overruling a motion to dissolve an injunction theretofore issued, the latter appeal. Affirmed.

---

⚙⟶For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Frank Judkins, of Eastland, and J. E. Ingram, of Ranger, for appellants.

L. R. Pearson and Levy & Evans, all of Ranger, for appellees.

HIGGINS, J. This is an appeal from an order overruling a motion to dissolve an injunction theretofore issued. Upon the hearing evidence was offered by both sides upon the issues presented.' No briefs have been filed in this court by either side. No findings were filed by the trial court, and in this condition of the record it must be assumed that the court below resolved all controverted issues of fact in favor of the appellees. Reed v. Brewer, 90 Tex. 144, 37 S. W. 418, and other cases cited in 1 Michie, Dig. 753.

An examination of the statement of facts discloses that the evidence was conflicting upon the issues raised.

Upon the record, as presented, we find no error, for it is a fact case, the evidence conflicting, and the presumption obtaining that all controverted issues of fact were resolved against the appellants.

For this reason, the judgment must be affirmed.

---

⊕═For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes